1

2

3

4

5

6

7

8

9

FILED
CLERK, U.S. DISTRICT COURT

APR - 2 2014

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

10

11

12

13

14

15

16

UNITED STATES OF AMERICA,

                        Plaintiff,

        vs.

FELIX GIROW MUSTILIER

                        Defendant.

)
)
)
)
)
)
)
)
)
)
)
)

Case No.: CR-11-703-DMG

ORDER OF DETENTION AFTER HEARING
[Fed.R.Crim.P. 32.1(a)(6);
18 U.S.C. 3143(a)]

17

18

19

20

21

22

23

24

25

26

27

28

        The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the ___CDCA___ for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

        The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

        The Court finds that:

A.    (✓)  The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on _absence of verified background information and_

1    other bail considerations, including unknown community

2    ties, immigration status and lack of Sureties

3

4    and/or

5    B.    (✓)  The defendant has not met his/her burden of establishing by

6    clear and convincing evidence that he/she is not likely to pose

7    a danger to the safety of any other person or the community if

8    released under 18 U.S.C. § 3142(b) or (c). This finding is based

9    on: defendants prior criminal history

10

11

12

13

14        IT THEREFORE IS ORDERED that the defendant be detained pending

15   the further revocation proceedings.

16

17   Dated: 4/2/14

18

19                                    _____

20                                         CARLA M. WOEHRLE

21                                    UNITES STATES MAGISTRATE JUDGE

22

23

24

25

26

27

28